UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KARA LYNN RYHERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18 CV 116 CDP |
| | ) |
| ANDREW SAUL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Plaintiff Kara Ryherd prevailed on her appeal for judicial review of an adverse decision of the Social Security Administration and requested attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of $15,619.50. The Commissioner initially filed a response opposing the request as unreasonable. Subsequently, the Commissioner filed a Notice of Settlement Regarding Plaintiff's Application for Attorney Fees, wherein the Commissioner indicates that the parties have agreed to an award of attorney fees of $7,500.00. ECF 28. The Commissioner asks that I order payment in that amount. Upon review of plaintiff's motion, the Commissioner's response, and the notice of settlement, I find the requested fees and the Commissioner's requested terms of payment to be reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Petition for Award of Attorney Fees Pursuant to the Equal Access to Justice Act [25] is **GRANTED** in part.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 2412(d), plaintiff shall recover attorney's fees from the Social Security Administration in the amount of Seven Thousand and Five Hundred Dollars ($7,500.00).

**IT IS FURTHER ORDERED** that, under the terms of the Fee Agreement executed by the plaintiff in this case, the award shall be made payable to attorney Mark J. Dean unless plaintiff has a pre-existing debt owed to the United States, in which case the award shall be made payable to the plaintiff and subject to offset to satisfy that debt.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of September, 2020.